# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR WILSON,<br><br>        *Plaintiff,*<br><br>v.<br><br>CHESTER TOWNSHIP POLICE DEPARTMENT, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 22-949 |

## ORDER

**AND NOW**, this 24th day of August, 2022, upon consideration of Defendants Chester Township Police Department, Coalson, Dixon Merrit J. Harman, Raymond M. Lare and Tamara Paden's Motion to Dismiss (ECF 8), and Plaintiff having filed an Amended Complaint (ECF 10), it is hereby **ORDERED** that the motion is **DENIED as moot.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.