IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR WILSON,<br><br>        *Plaintiff,*<br><br>v.<br><br>CHESTER TOWNSHIP POLICE DEPARTMENT, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br><br>NO. 22-949 |

## ORDER

**AND NOW**, this 28th day of April 2023, upon consideration of Wilson's Motion for Leave to Amend (ECF 19) and Defendants' Response in Opposition (ECF 20), along with Defendants' Motion to Dismiss (ECF 12), Wilson's Response (ECF 16), and Defendants' Reply (ECF 17), it is hereby **ORDERED** that:

1. Wilson's Motion for Leave to Amend is **DENIED**;

2. Defendants' Motion to Dismiss is **GRANTED**. The False Claims Act claim, and all other federal claims arising before March 7, 2020 are **DISMISSED with prejudice**. Wilson's remaining federal claims arising after March 7, 2020 are **DISMISSED without prejudice**, consistent with the accompanying Memorandum. The Court **DECLINES** to exercise supplemental jurisdiction over Wilson's associated state law claims;

3. Wilson may file a Second Amended Complaint no later than June 27, 2023 if he can adequately allege claims under Section 1983 or the Fourth or Fourteenth Amendment during the October 2020, April 15, 2021, or January 8, 2022 incidents referenced in his Amended Complaint.

4. Should Wilson fail to file a Second Amended Complaint as directed in Paragraph 3, the Court will dismiss this case.

                                                                               BY THE COURT:

                                                                               */s/ Gerald J. Pappert*
                                                                               GERALD J. PAPPERT, J.